# FRIEDMAN, JAMES & BUCHSBAUM LLP

ATTORNEYS AT LAW
15 MAIDEN LANE
SUITE 1202
NEW YORK, NY 10038

(212) 233-9385
FAX (212) 619-2340
www.friedmanjames.com

BERNARD D. FRIEDMAN
JOHN P. JAMES
ANDREW V. BUCHSBAUM

NEW JERSEY OFFICE
21 KILMER DRIVE, SUITE G
MORGANVILLE, NJ 07751

June 28, 2021

**VIA ECF**

The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY  10007

Re:   **John J. Atehortua v. City of New York**
      **21 cv-5418 (JPC)(SN)**

Plaintiff's request is granted. The initial pretrial conference scheduled for September 16, 2021 is adjourned to September 24, 2021 at 10:00a.m.

SO ORDERED.
Date: June 28, 2021
New York, New York

*[signature]*
JOHN P. CRONAN
United States District Judge

Honorable Sir:

I represent the plaintiff, John J. Atehortua, in the above-entitled Jones Act matter.  I received notice from the Court (Doc #6) scheduling an initial pretrial conference for September 16, 2021 at 10:30 a.m.  September 16, 2021 is Yom Kippur.  Our firm will not be able to participate in the initial pretrial conference scheduled for Yom Kippur.

Accordingly, it is respectfully requested that the initial pretrial conference be rescheduled for any date and time after September 16, 2021.

Defendant, City of New York, has not interposed an Answer or filed a Notice of Appearance, so that I am unable to obtain its consent for the requested adjournment at this time.

We thank the Court for its kind consideration of this request.

Respectfully yours,

FRIEDMAN, JAMES & BUCHSBAUM LLP

*[signature]*
Bernard D. Friedman

BDF:kk